**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Adrian Jenkins, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-001660

---

## ON WRIT OF CERTIORARI

---

Appeal From Beaufort County
Carmen T. Mullen, Circuit Court Judge
William H. Seals, Jr., Post-Conviction Relief Judge

---

Unpublished Opinion No. 2024-UP-075
Submitted February 1, 2024 – Filed March 13, 2024

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Appellate Defender Sarah Elizabeth Shipe, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Danielle Dixon, of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner's, Adrian Jenkins's, application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, C.J., and KONDUROS and MCDONALD, JJ., concur.**